```
 1  Jeff Stone, SBN 155190
    Eric Graves, SBN 179253
 2  Kimberlee Gerton, SBN 227426
    STONE & GRAVES
 3  2377 Gold Meadow Way, Suite 210
    Gold River, CA 95670
 4  Telephone: (916) 631-1522
    Facsimile:  (916) 631-1592
 5

 6  Attorneys for Defendants
    MARK HILLIARD, ANTHONY
 7  EDWARDS, DAVE LATINA, DAN
    NACKERMAN (erroneously sued as
 8  DAN ACKERMAN), AND MARIN
    HOUSING AUTHORITY
 9
10
11
12                  UNITED STATES DISTRICT COURT
13                 NORTHERN DISTRICT OF CALIFORNIA
14
```

| | |
|---|---|
| RUBEN RONCANCIO, D.B.A. Code Engineering, | CASE NO. C09-04598 |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [LOCAL RULE 6-1(a)]** |
| v. | |
| U.S. Dept. of Housing and Urban Development, Frank Riley, Marin Housing Authority, Mark Hilliard, Dave Latina, Anthony Edwards, Dan Nackerman (erroneously sued as Dan Ackerman) and Does 1-5, | |
| Defendants. | |

Pursuant to Local Rule 6-1(a), the below-referenced parties hereby agree to a thirty day extension of time for which Defendants MARK HILLIARD, ANTHONY EDWARDS, DAVE LATINA, DAN NACKERMAN (erroneously sued as DAN ACKERMAN), AND MARIN

---
1
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [LOCAL RULE 6-1(a)]

1  HOUSING AUTHORITY have to respond to the Complaint filed in this action. Therefore,

2  response to the complaint by said Defendants shall be filed on or before December 3, 2009.

Dated: October 30, 2009               STONE & GRAVES

                                      _____/s/_____
                                      JEFF STONE, Attorneys for Defendants
                                      MARK HILLIARD, ANTHONY EDWARDS,
                                      DAVE LATINA, DAN NACKERMAN
                                      (erroneously sued as DAN ACKERMAN), AND
                                      MARIN HOUSING AUTHORITY
                                      2377 Gold Meadow Way, Suite 210
                                      Gold River, CA  95670
                                      (916) 631.1522 – phone
                                      (916) 631.1592 - fax

Dated: October 30, 2009

                                      ___/s/ Ruben Roncancio_____
                                      RUBEN RONCANCIO d.b.a. Code Engineering,
                                      In Pro Per
                                      177 Canal Street, #9
                                      San Rafael, CA  94901
                                      (415) 497-7096 – phone

Dated: 11/3/9

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

# CERTIFICATE OF SERVICE

I, Deseree Gamayo, declare and state:

I am over 18 years of age, employed in the County of Sacramento, and not a party to the within action. My business address is 2377 Gold Meadow Way, Suite 210, Gold River, CA 95670.

On November 2, 2009, I served the following document(s):

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [LOCAL RULE 6-1(a)]**

on the following parties in said action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

RUBEN RONCANCIO d.b.a. Code Engineering,
In Pro Per
177 Canal Street, #9
San Rafael, CA  94901

[X]   (BY U.S. MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Gold River, California. I am familiar with my firm's practice whereby the mail is given the appropriate postage and is placed in a designated area to be deposited in a U.S. Mail box in Gold River, California, in the ordinary course of business.

[ ]   (BY EXPRESS MAIL) I caused such envelope to be placed in the U.S. Mail depository at Gold River, California.

[ ]   (BY PERSONAL SERVICE) delivered by hand to addressee at the address listed above.

[ ]   (BY FACSIMILE/TELECOPIER/MAIL) I personally sent to the addressee's telecopier number (stated above) a true copy of the above-described documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 2, 2009, at Gold River, California.

Deseree Gamayo