```
15  RUBEN RONCANCIO
16  177 Canal Street, Apt. 9
    San Rafael, CA 94901
17  (415) 497-7096
18  Plaintiff, Pro Se
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RUBEN RONCANCIO, dba Code Engineering, | C 09-04598 PJH |
| Plaintiff, | |
| v. | |
| U.S. DEPT. OF HOUSING AND URBAN DEVELOPMENT, FRANK RILEY, MARIN HOUSING AUTHORITY, MARK HILLIARD, DAVE LATINA, ANTHONY EDWARDS, DAN ACKERMAN, DOES 1-5, | |
| Defendants. | |

DISMISSAL

Plaintiff will dismiss without prejudice in order to file proper claim process. Plaintiff intends to re-file complaint if claim process is unsuccessful.

Respectfully submitted 1/12/10

Ruben Roncancio

1/13/10



IT IS SO ORDERED
Judge Phyllis J. Hamilton