15  
16 RUBEN RONCANCIO  
   177 Canal Street, Apt. 9  
   San Rafael, CA 94901  
17 (415) 497-7096  

18 Plaintiff, Pro Se

19 UNITED STATES DISTRICT COURT

20 NORTHERN DISTRICT OF CALIFORNIA

21 OAKLAND DIVISION

FILED  
JAN 1 2 2010  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
OAKLAND

22 RUBEN RONCANCIO, dba Code Engineering,  )  C 09-04598 PJH  
23                Plaintiff,  )  
24        v.  )  
25 U.S. DEPT. OF HOUSING AND URBAN  )  
26 DEVELOPMENT, FRANK RILEY, MARIN  )  
   HOUSING AUTHORITY, MARK HILLIARD,  )  
27 DAVE LATINA, ANTHONY  )  
   EDWARDS, DAN ACKERMAN, DOES 1-5,  )  
28                Defendants.  )  

DISMISSAL

Plaintiff will dismiss without prejudice in order to file proper claim process. Plaintiff intends to re-file complaint if claim process is unsuccessful.

Respectfully submitted 1/ 12/10

Ruben Roncancio

1/13/10



IT IS SO ORDERED  
Judge Phyllis J. Hamilton