# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA


RONCANCIO,

        Plaintiff,

  v.

U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT et al,

        Defendant.

_____/

Case Number: CV09-04598 PJH

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Ruben  Roncancio
177 Canal Street, #9
San Rafael,  CA 94901

Dated: January 14, 2010

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk